**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA  90017**
**PHONE:  (213) 996-4400**
**FAX:  (213)-996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

IN RE:

**ROBERT HESSELGESSER**

Debtor(s).

**Chapter 13 Case No.:  LA25-14933-DS**

I,  Kathy A. Dockery, declare as follows:

1.    I am the duly appointed, qualified and standing Chapter 13 Trustee in Case No: LA25-14933-DS and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business.  I have personally reviewed the files and records kept by my office in the within case .  The following facts are true and correct and within my own personal knowledge and if called to do so, I could and would testify competently thereto.

2.    The §341(a) Meeting of Creditors in this matter was scheduled for July 18, 2025

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

_____

Kathy A. Dockery, Chapter 13 Trustee